IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSEPH FLYNN, INDIVIDUALLY<br>AND ON BEHALF OF ALL OTHERS<br>SIMILARLY SITUATED;<br>　　　*Plaintiff*<br><br>-vs-<br><br>INFORMATICA, LLC,<br>　　　*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | A-20-CV-00054-JRN |

## ADVISORY

Before the Court is the above-entitled and styled case. This case was transferred to the Western District of Texas on January 6, 2020. On January 27, 2020, the case was re-assigned to the docket of Judge Nowlin. Considering these events, the Court issues the following advisory:

Per Local Rule CV-16(c), "[n]ot later than 60 days after any appearance of any defendant, the parties shall submit a proposed scheduling order to the court in the form described in Section (a). The parties first shall confer as required by Rule 26(f)."

The Parties are instructed to confer regarding the content of the proposed scheduling order and to submit a joint proposed scheduling order using Judge Nowlin's form. This should be done on or before **FEBRUARY 18, 2020**. Judge Nowlin's form can be accessed via the website of the District Court for the Western District of Texas (https://txwd.uscourts.gov), the Judge's Info Tab, Standing Orders, Austin Division.

SIGNED this 28th day of January, 2020.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE