# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| JOSEPH FLYNN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>INFORMATICA, LLC,<br><br>*Defendant*. | § § § § § § § § § § § § | Case No. 1:20-cv-00054-JRN |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Joseph Flynn, individually and on behalf of himself and others similarly situated, ("Plaintiffs") and Defendant Informatica, LLC, by and through their attorneys, hereby notify the Court that the parties reached a settlement. All eight Plaintiffs have executed a release of claims form agreeing to the settlement and the parties will file a Stipulation for Dismissal by May 17, 2021. Within 30 days after dismissal, Defendant will deliver settlement checks to Plaintiffs' Counsel for distribution to Plaintiffs.

Date: May 3, 2021 /*s/Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069
Kayla M. Kienzle, MN Bar No. 0399975
NICHOLS KASTER, PLLP
80 South Eighth Street, Suite 4700
Minneapolis, MN 55402
Telephone: (612) 256-3200
fisher@nka.com
kkienzle@nka.com

2

        Austin Kaplan, TX Bar No. 24072176
        KAPLAN LAW FIRM, PLLC
        406 Sterzing Street
        Austin, TX 78704
        Telephone: (512) 553-9390
        akaplan@kaplanlawatx.com

        **ATTORNEYS FOR PLAINTIFFS**

        */s/Kelli C. Fuqua*
        Kimberly R. Miers, TX Bar No. 24041482
        Kelli C. Fuqua, TX Bar No. 24097713
        LITTLER MENDELSON, P.C.
        100 Congress Avenue, Suite 1400
        Austin, TX 78701
        Telephone: (512) 982-7250
        kmiers@littler.com
        kfuqua@littler.com

        **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Michele R. Fisher
Michele R. Fisher