# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| JOSEPH FLYNN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br>*Plaintiff*<br><br>VS<br><br>INFORMATICA, LLC,<br>*Defendant* | § § § § § § § § Case No. A-20-CV-00054-JRN |

## FINAL JUDGMENT

On May 6, 2021, the parties dismissed all claims in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 75). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

All pending motions in this case are **DISMISSED AS MOOT**.

**IT IS ORDERED** that each party bear its own costs.

SIGNED this 10th day of May, 2021.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE